1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SANDRA WHITE,

Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of
Social Security,

Defendant.

CASE NO.    C06-5333 FDB

ORDER ADOPTING REPORT AND
RECOMMENDATION REVERSING
AND REMANDING FOR FURTHER
ADMINISTRATIVE PROCEEDINGS

Plaintiff, Sandra White, has brought this matter for judicial review of the denial of her application

for disability benefits.  The Magistrate Judge recommends remand to the Administrative Law Judge for

further proceedings.  The parties have not filed objections.

The Court, having reviewed Plaintiff's complaint, the Report and Recommendation of Judge Karen

L. Strombom, United States Magistrate Judge,  and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation;

(2)     The ALJ erred in his decision as described in the report;

(3)     The  matter is therefore REVERSED and remanded to the Commissioner for further

         administrative proceedings; and

(4)     The Clerk is directed to send copies of this Order to Plaintiff's counsel, Defendant's counsel

         and Magistrate Judge Karen L. Strombom.

ORDER
Page - 1

1     DATED this 8th day of January, 2007.

2

3

4

5                             FRANKLIN D. BURGESS

6                             UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER
Page - 2